**IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
\* MAY 07, 2024 \*
BROOKLYN OFFICE**

KTF:KPO
F. #2024R00176

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YASHIYA LOUISDOR, also known as
 "Pepe,"
ZAIRE ALMAN, also known as "Zye,"
MARQUES SEALS, also known as
 "Kobe," and
████████████████████████████

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. __**24-CR-187**__
(T. 18, U.S.C., §§ 371, 922(a)(1)(A),
922(a)(3), 922(k), 924(a)(1)(B),
924(a)(1)(D), 924(d)(1), 933(a)(1),
933(a)(2), 933(a)(3), 933(b), 934(a), 2
and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

**Judge Nina R. Morrison
Magistrate James R. Cho**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Firearms Trafficking)

1. In or about and between February 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants YASHIYA LOUISDOR, also known as "Pepe," ZAIRE ALMAN, also known as "Zye," MARQUES SEALS, also known as "Kobe," and ████████████ together with others, did knowingly and intentionally (a) ship, transport, transfer, cause to be transported and otherwise dispose of one or more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying and possession of a firearm by the recipient would constitute a felony; and (b) receive from another person one or more firearms, in and affecting interstate and foreign

commerce, knowing or having reasonable cause to believe that such receipt would constitute a felony.

(Title 18, United States Code, Sections 933(a)(1), 933(a)(2), 933(b), 2 and 3551 et seq.)

## COUNT TWO
(Firearms Trafficking Conspiracy)

2. In or about and between February 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants YASHIYA LOUISDOR, also known as "Pepe," ZAIRE ALMAN, also known as "Zye," MARQUES SEALS, also known as "Kobe," and ▓▓▓▓▓▓▓▓▓▓ together with others, did knowingly and intentionally conspire to (a) ship, transport, transfer, cause to be transported and otherwise dispose of one or more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying and possession of a firearm by the recipient would constitute a felony; and (b) receive from another person one or more firearms, in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that such receipt would constitute a felony, contrary to Title 18, United States Code, Sections 933(a)(1) and 933(a)(2).

(Title 18, United States Code, Sections 933(a)(3), 933(b) and 3551 et seq.)

## COUNT THREE
(Unlicensed Firearms Dealing Conspiracy)

3. In or about and between February 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, defendants YASHIYA LOUISDOR, also known as "Pepe," ZAIRE ALMAN, also known as "Zye," MARQUES SEALS, also known as "Kobe," and ▓▓▓▓▓▓▓▓▓▓

███ together with others, did knowingly and willfully conspire to engage in the business of dealing in firearms without being licensed importers, licensed manufacturers or licensed dealers, and in the course of such business, to ship, transport and receive one or more firearms in interstate and foreign commerce, contrary to Title 18, United States Code, Section 922(a)(1)(A).

4. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants YASHIYA LOUISDOR, ZAIRE ALMAN, MARQUES SEALS and ███, together with others, did commit and cause the commission of, among others, the following:

## OVERT ACTS

(a) On or about February 15, 2024, LOUISDOR sold four firearms to an undercover law enforcement officer (the "UC") in Brooklyn, New York.

(b) On or about February 23, 2024, LOUISDOR and ALMAN sold one firearm with an obliterated serial number to the UC in Brooklyn, New York.

(c) On or about March 1, 2024, LOUISDOR and ALMAN sold two firearms to the UC in Brooklyn, New York.

(d) On or about March 5, 2024, LOUISDOR sold one firearm to the UC in Brooklyn, New York.

(e) On or about March 12, 2024, LOUISDOR and SEALS sold four firearms to the UC in Brooklyn, New York.

(f) On or about March 27, 2024, LOUISDOR sold four firearms to the UC in Brooklyn, New York.

(g) On or about April 1, 2024, LOUISDOR sold six firearms to the UC in Brooklyn, New York.

(h) On or about April 19, 2024, SEALS sold 14 firearms to the UC in Manhattan, New York.

(i) On or about April 22, 2024, ALMAN sold three firearms, one of which had an obliterated serial number, to the UC in Brooklyn, New York.

(j) On or about April 29, 2024, SEALS and ▇▇▇▇▇ sold seven firearms, one of which had an obliterated serial number, to the UC in Manhattan, New York.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNT FOUR
(Unlicensed Firearms Dealing)

5. In or about and between February 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants YASHIYA LOUISDOR, also known as "Pepe," ZAIRE ALMAN, also known as "Zye," MARQUES SEALS, also known as "Kobe," and ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ together with others, each not being a licensed importer, licensed manufacturer or licensed dealer of firearms, did knowingly and intentionally engage in the business of dealing in firearms, and in the course of such business did ship, transport and receive one or more firearms in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

## COUNT FIVE
(Possession of a Defaced Firearm – Taurus G3C)

6. On or about February 23, 2024, within the Eastern District of New York and elsewhere, the defendant YASHIYA LOUISDOR, also known as "Pepe," together with others, did knowingly and intentionally possess a firearm, to wit: one Taurus, model G3C, 9mm

caliber pistol, knowing that such firearm had the manufacturer's serial number removed, obliterated and altered, and which firearm had been shipped and transported in interstate commerce.

(Title 18, United States Code, Sections 922(k), 924(a)(1)(B), 2 and 3551 et seq.)

## COUNT SIX
(Possession of a Defaced Firearm – Taurus 709 Slim)

7.  On or about April 22, 2024, within the Eastern District of New York and elsewhere, the defendant ZAIRE ALMAN, also known as "Zye," together with others, did knowingly and intentionally possess a firearm, to wit: one Taurus model 709 slim, 9mm caliber pistol, knowing that such firearm had the manufacturer's serial number removed, obliterated and altered, and which firearm had been shipped and transported in interstate commerce.

(Title 18, United States Code, Sections 922(k), 924(a)(1)(B), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE AND TWO

8.  The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 924(d)(1) and 934(a)(1), and Title 28, United States Code, Section 2461(c), which require the forfeiture of: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; (b) any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such offenses; and (c) any firearm or ammunition involved in or used in any violation of any criminal law of the United States.

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 934(a); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS THREE THROUGH SIX

10. The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged in Counts Three through Six, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition

involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924.

        11.     If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

███████████████

FOREPERSON

*By Carolyn Pokorny, Assistant US Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK