# EXHIBIT A

New York: August 29, 2025

Hon. Nina R. Morrison:
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge:

I am writing this letter on behalf of my first grandson, Yashiya Louisdor, who we all call Pepe. My name is Mimose Lambert, and I reside at 3415 Neptune Avenue, Apartment 517, Brooklyn, New York 11224. As you already know, Pepe has not been the model grandson since he has some issues with the criminal justice system. But as his grandmother, I can only ask for leniency on the sentencing hearing for him. Not because he is my grandson but because I have seen a different Pepe ever since he was released under my temporary care by Probation in or about July 2024.

It must be noted that Pepe has gone back to school with the view of obtaining his high school diploma. And endeavor that I fully encourage and that he also has embraced with glee. I understand that Pepe, during his stay at my house, had some issues with some friends who wanted to set him up. My understanding is that these issues had been resolved, and my grandson did not instigate them. Ever since Pepe has been residing with me, he had done his best to follow the instructions of his Parole officer. I took care of him since he is the only person who resides with me—all my five children have already been emancipated and live in their own place.

Pepe, if the Court were to have mercy on him, promised me that the Court would never see him again. I take him at his words since he knows he cannot lie to me. Therefore, I am asking the Honorable Nina R. Morisson to have a bit of mercy on Pepe and to consider that he had promised to become a valuable member of our society.

Sincerely,
/s/

Mimose Lambert