# EXHIBIT B

Dear Judge Morrison,

My name is Nahumy S. Jean-Louis, and I am the mother of Yashiya Louisdor. Our beloved Pepe, as he is known in our family, received this nickname from my mother, who lovingly called him that. It is very difficult for me to see my firstborn son stand before you and the Court, but I feel it is important to share with you the person I know Yashiya to be.

Pepe has always had a very big heart. The love he has for his siblings and the special bond he shares with each one of them assures me that they will always remain close. Pepe has been a protective older brother, someone they can depend on and his compassion for his family has always been one of his greatest strengths. For example, Pepe had often helped me care for his younger siblings so I can go to work, he always showed his sense of responsibility and willingness to support our family.

That is why it is so disheartening for me, as his mother, to see him involved again in something I strongly abhor. I poured everything into raising him and it pains me to know he made choices that do not reflect the values that I taught him or what my family represents. I am ashamed and embarrassed by his actions, because they are not who he truly is.

However, I also know my son. I know his heart, his love for family, and his ability to learn and grow from his mistakes. There is no justification for his actions and I will not deflect from the circumstances, because what Pepe did was wrong morally and ethically. He has expressed deep regret for the choices he made and the pain he has caused our entire family. We have spoken openly about the consequences he must now face and while he accepts his responsibility, I can see his fear and that is what hurts me most as his mother.

I do not know how we arrived here, despite all that I poured into him and my children. I will not excuse the fact that he was wrong. Life is about choices and we are all responsible for the choices that we make.

 Your Honor, I respectfully beg that you consider being more lenient in sentencing. This is a hard reality for my family and me and Your Honor, I respectfully ask that you consider his character, the love and support of his family and his potential for change and redemption when making your decision.

Thank you for your time and for considering my words.

With sincerity and respect,

Nahumy S. Jean-Louis