# EXHIBIT C



**41 Maple Avenue 3B**
**Staten Island, NY 10302**
██████████ **@gmail.com**

**August 8. 2025**


**To Whom It May Concern**

**I am the youngest boy out of 4 collective siblings. My earliest memory, with irony, is of Pepe feeding me mustard. A core memory that developed a lifelong disdain for the ingredient. Pepe has, by default as the oldest, been present with me for every stage of my life. His compassion is potent and uncontested on a scale of hundreds.**

**To await judgement so life defining is a chain. An constant pressure that lies upon your shoulders for months on end. Despite this, Pepe always tries to maintain a positive front. To create powerful memories despite the setbacks limiting him. With a resolve almost supernatural, he is the most powerful person I know. It would shatter dozens for such an existence to go.**

**What Pepe defined to me was how an ideal elder brother is meant to act. Setting an incredible foundation through the example presented as I was in primary school. One that even allowed me to be the best older brother I could with Sarai. Without thought or hesitation did he make sacrifices for us even at the cost of his own satisfaction. To look back on his kindness and non empathetic gaze of a younger me; One can only feel guilt for not being better. In a thousand different worlds on a thousand different lives, the steepest demand you can ask of me is to name a greater brother.**

**I can understand that Pepe messed up. Perhaps steep enough to warrant significance consequence. It is my sole wish that my brother, my eldest dear brother, receive as much leniency as you may absolutely afford to give. So that he may come back home to us in pursuit of a greater future.**

**Thank you for your time and consideration.**


**Respectfully,**


██████████