# EXHIBIT D

To whom it concerns ,

My name is ▮▮▮▮▮▮▮▮ , I have just graduated high school in June and am on the path to receive my OSHA at Solar 1 to start an HVAC Career. Throughout my life Pepe has always been there.  Funnily, I always wondered as a child why they didn't call him by his name 'Yashiya'. When I found out about it, I didn't even know it was his nickname at first. Finding out his name from  a piece of his school paper from his desk, I also vividly remember him getting upset when I asked him about it and telling me to just call him Pepe. But it turned out it was because my grandmother struggled to pronounce his name and simply said "Pepe",  and it was his name from there.

Despite my own faults he was always there for me and everyone around him, and made sure I was focused and on the right path. Pepe inspired me to be athletic seeing his own accomplishments with his many medals to show himself in track or basketball as a kid. Him watching us whenever my mom had to work or picking us up from school, making sure we ate. Or even thinking about random things like when he would reluctantly give me his food whenever I asked for a piece, deciding to just give me the whole thing or him doing back flips for me, him and my little brother Harlem shaking for 14 seconds somewhere on YouTube still.  Even thinking about how Pepe always played games ignited that same interest for me and my little brother. It's little memories like that made by my earlier times despite the circumstance.

My mother always told all of us "life is about choices", and the kind of choices determine the direction of where you'll be in life. I say that to acknowledge my brother has made some wrong choices, but I have seen the good and the genuinely caring person he is and know he can build something with it. I know if my older brother is given a chance of leniency will make something of it and whatever he may have to face as required will make something of it.

Thank you for your time.

Sincerely,

▮▮▮▮▮▮▮▮