# EXHIBIT E



*Umberto P. Jean-Louis, Esq.*

**Attorney & Counselor at Law**
*Admitted to Practice : New York State Bar • New Jersey State Bar*

1271 East 92nd Street
Brooklyn , NY 11236
Tel : (347) 581 8492

Email: Umberto.jeanlouis@gmail.com

August 19, 2025

Hon. Nina R. Morrison:
225 Cadman Plaza
Brooklyn, New York 11201

Dear Judge:

    My name is Umberto P. Jean-Louis and I am a Prosecuting Attorney with the Office of Professional Discipline in New York, New York. I am writing this leniency letter on behalf of my nephew, Yashiya "Pepe" Louisdor—the first son of my sister, Nahumy Jean-Louis. Pepe was born or grew up in Coney Island, New York while I was living there with my mother, and I literally watched him grow until his adolescent years. Come to think of it, I remember all those times when I used to play with him, and it marvels me that he is now a man. To our family, Pepe remains a lovely child, and we believe that a little leniency and understanding from the Court can help tremendously towards his immediate rehabilitation.

    My understanding from both my mother and sister is that Pepe was involved in some interstate gun transaction from the States of Georgia to New York. Honestly, I am not privy of the details, but I have read the federal criminal complaint. As reprehensible and condemnable such criminal behaviors could be, I believe that Pepe has finally learnt his lesson. He has vowed to focus on his education and to become a valuable citizen of his community. I for one witnessed him reading books, preparing homework and other school-related activities while living at my mother's house. I may be wrong, but I truly believe that Pepe is a changed man and that he deserves some clemency at the sentencing hearing.

    Therefore, I am personally asking your Honor to be merciful and to give Pepe another chance in life. I am certain that this time he would be grateful of the Court's compassion and strive to become a better citizen.

With utmost regards,

    /S/
Umberto P. Jean-Louis, Esq.