# EXHIBIT F

**Samuel Zulueta**
Outreach Worker
Operation HOOD (Helping Our Own Develop)
2811 Mermaid Avenue, Second Floor
Brooklyn, NY 11224
Phone: (347) 652 9980
Email: samuel.zulueta@icloud.com
**Date:** August 15, 2025

**Honorable Judge and Members of the Court,**

I am writing this letter on behalf of Mr. Yashiya Louisdor, a participant in our program, Operation HOOD (Helping Our Own Develop), to share insight into the progress he has made and the deep commitment he has shown to changing his life for the better.

Since becoming involved with our organization, Mr. Louisdor has made meaningful and consistent efforts to turn his life around. He has shown a level of personal growth and maturity that is both rare and commendable. As an Outreach Worker who works closely with him, I have seen firsthand the transformation in his attitude, his behavior, and his environment.

Yashiya has stepped up as a volunteer in our youth boxing program, working with kids who look up to him as a mentor. His dedication to giving back is sincere and impactful. He shows up consistently, brings positive energy, and sets a strong example of discipline and accountability.

Beyond his volunteer work, he has taken further steps to better himself by enrolling in counseling services and pursuing his GED. He is not only addressing past choices, but actively building a future he can be proud of. He is surrounding himself with positive influences and putting in the work necessary to stay on a better path.

I understand the seriousness of the court's responsibility and the need for accountability. At the same time, I respectfully ask that you also take into consideration the real and lasting change Mr. Louisdor is striving to achieve. He is not running from his past. He is facing it, learning from it, and working every day to rise above it.

With continued support, structure, and guidance, I truly believe Yashiya can become a strong, contributing member of our community. He already is. I hope the court can see what we see: a young man who made mistakes, but who is now fighting to make things right, not just for himself, but for those he now mentors.

Please feel free to contact me directly if you need further information. Thank you for your time and thoughtful consideration.

**Sincerely,**
**Samuel Zulueta**
Outreach Worker
Operation HOOD (Helping Our Own Develop)