# EXHIBIT G

## Transaction Receipt

CUNY Continuing Education  
Kingsborough Community College  
2001 Oriental Blvd  
Brooklyn, NY 11235

Phone: 718-368-5050  
Fax: () -  
Tax ID: 46-1371336  
Printed: 03/28/2025 2:32PM

Louisdor, Yashiya Bara  
3415 Neptune Ave, Apt 517  
Brooklyn, NY 11224

| | |
|---|---|
| Registrant: | Louisdor, Yashiya Bara |
| Client ID: | KCC138992 |
| Member: | Regular |
| Member #: | |
| Home Phone: | |
| Work Phone: | |
| Mobile Phone: | |
| Email 1: | nahumyjeanlouis@gmail.com |
| Email 2: | |

| | | | |
|---|---|---|---|
| Course Code: | HSE70SP25.M01 | Status: | Enrolled/Active |
| Course Title: | COMPREHENSIVE HIGH SCHOOL EQUIVALENCY PREP | Dates: | 04/07/2025 - 06/17/2025 |
| Location: | Kingsborough Community College, HYBRID, TBD | Times: | 09:00 AM - 02:00 PM |
| Session: | SPRING 2025 | Days: | Monday,Tuesday,Wednesday,Thursday,Friday |
| Account: | | # Classes: | 50 |
| Receipt Note: | | | |

| Receipt # | Invoice # | Date | Amount | Item | Payment Type | Refund | Paid By | Check# |
|---|---|---|---|---|---|---|---|---|
| 37165 | 49381 | 03/28/2025 | 470.00 | Tuition | MasterCard | No | Nahumy Jean Louis | |

Refund Policy:  
Refund Policy on ALL courses- HYBRID/ONLINE/ON CAMPUS

Course fees are non-refundable if you do not attend the class/exam.

The college reserves the right to cancel courses due to insufficient enrollment.

$25 Registration is non-refundable, no exceptions.

No refund will be considered after 2nd week of classes.

Transfer policy: No transfers after the second class session.

Refund Policy: Refund requests must be in writing and emailed to: Continuing Education (conted@kbcc.cuny.edu).


For courses under $299:

100% for courses canceled by the college; this includes the return of the $25 registration fee.

100% with written request received 3 business days prior to the first class (minus $30 cancellation fee) 50% with written request received prior to the second week of classes (minus $30 cancellation fee)


For courses $299 and above:

100% for courses canceled by the college; this includes the return of the $25 registration fee.

100% with written request received 3 business days prior to first class (minus $30 cancellation fee)

75% with written request prior to completion of 10% of class hours (minus $30 cancellation fee) 50% with written request received prior to the second week of classes (minus $30 cancellation fee)