# EXHIBIT H

## Transaction Receipt

| | |
|---|---|
| CUNY Continuing Education | Phone: 718-368-5050 |
| Kingsborough Community College | Fax: () - |
| 2001 Oriental Blvd | Tax ID: 46-1371336 |
| Brooklyn, NY 11235 | Printed: 03/28/2025 2:32PM |

| | | | |
|---|---|---|---|
| | Registrant: | Louisdor, Yashiya Bara | |
| | Client ID: | KCC138992 | |
| | Member: | Regular | |
| | Member #: | | |
| | Home Phone: | | |
| | Work Phone: | | |
| Louisdor, Yashiya Bara | Mobile Phone: | | |
| 3415 Neptune Ave, Apt 517 | Email 1: | nahumyjeanlouis@gmail.com | |
| Brooklyn, NY 11224 | Email 2: | | |

| | | | |
|---|---|---|---|
| Course Code: | RegFee--Spring25 | Status: | Enrolled/Active |
| Course Title: | Registration Fee | Dates: | - |
| Location: | Kingsborough Community College, TBD | Times: | - |
| Session: | SPRING 2025 | Days: | |
| Account: | | # Classes: | |
| Receipt Note: | | | |

| Receipt # | Invoice # | Date | Amount | Item | Payment Type | Refund | Paid By | Check# |
|---|---|---|---|---|---|---|---|---|
| 37166 | 49381 | 03/28/2025 | 25.00 | Registration Fee | MasterCard | No | Nahumy Jean Louis | |

Refund Policy:
Refund Policy on ALL courses- HYBRID/ONLINE/ON CAMPUS

Course fees are non-refundable if you do not attend the class/exam.

The college reserves the right to cancel courses due to insufficient enrollment.

$25 Registration is non-refundable, no exceptions.

No refund will be considered after 2nd week of classes.

Transfer policy: No transfers after the second class session.

Refund Policy: Refund requests must be in writing and emailed to: Continuing Education (conted@kbcc.cuny.edu).


For courses under $299:

100% for courses canceled by the college; this includes the return of the $25 registration fee.

100% with written request received 3 business days prior to the first class (minus $30 cancellation fee) 50% with written request received prior to the second week of classes (minus $30 cancellation fee)


For courses $299 and above:

100% for courses canceled by the college; this includes the return of the $25 registration fee.

100% with written request received 3 business days prior to first class (minus $30 cancellation fee)

75% with written request prior to completion of 10% of class hours (minus $30 cancellation fee) 50% with written request received prior to the second week of classes (minus $30 cancellation fee)